```
BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorney for Plaintiff
```

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHA XIONG AS GUARDIAN AD LITEM FOR PHA YANG (MINOR SON) <br> SSN XXX-XX-9348 <br><br> SSN: <br><br> Plaintiff, <br><br> v. <br><br> LINDA S. McMAHON, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION <br><br> Defendant. | No. Civ.S-07-0202 DAD <br><br> **NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF KHA XIONG AS GUARDIAN AD LITUM FOR HER MINOR SON, PHA YANG; DECLARATION IN SUPPORT THEREOF; AND ORDER** |

## MOTION

Plaintiff Kha Xiong moves this court for an order appointing her guardian ad litem for her minor son, Pha Yang pursuant to *Fed. R. Civ. P.* 17(c) and *Civ. L.R. 17-202*. Pha Yang is 12 years old and disabled. Through his mother, Kha Xiong, he applied for Social Security disability benefits which defendant denied. Ms. Xiong has appealed the denial of his SS disability benefits through all the administrative stages of defendant's appeals process and now seeks to represent her son's interests in federal court. Ms. Xiong has no interest adverse to that of her son and is competent to represent those interests in federal court. Consequently, Ms. Xiong moves this court for an order appointing her guardian ad litem for Pha Yang.

Plaintiff seeks appointment as guardian ad litem on the basis of this motion and the declaration set forth below in support of this motion.

January 30, 2007                    Respectfully submitted

                                              LAW OFF ICE OF
                                              BESS M. BREWER & ASSOCIATES

                                              By:   /s/ *Bess M. Brewer*
                                              BESS M. BREWER
                                              Attorney for Plaintiff

## DECLARATION OF KHA XIONG

I, Kha Xiong, declare:

1. I am the mother of plaintiff, Pha Yang. Pha is 12 years old. We both live at 4631 Cedarwood Way, Sacramento, CA 95823.

2. I am competent to protect the rights of my son Pha as a plaintiff in this lawsuit.

3. I have no interest adverse to that of my son Pha. I am not associated in business with any of the adverse parties or their counsel.

4. Subject to the approval fo the court, I have retained counsel to represent my son and me in this case. My son needs me to be his guardian ad litem in order to pursue certain causes of action on hsi behalf. His causes of action arise out of the following facts: Pha suffers from severe learning disabilities and disruptive behavior disorder. He is in special educations classes and has been held back. Because of his impairments, I applied for Social Security disability benefits for Pha. Social Security has denied his application for benefits stating that he is not disabled. I have appealed the denial through all the administrative stages and have retained counsel to pursue his claim in federal court.

I declare under penalty of perjury that the foregoing is true and correct. Executed January 30, 2007 in Sacramento, California.

                /s/ *Kha Xiong*
                Kha Xiong
                Mother of Kha Yang

**ORDER**

Good cause appearing therefore, it is so ordered.

DATED: February 7, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/xiong0202.ord.guardian