```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX,
 3  Social Security Administration
    MARK A. WIN (CA BAR NO. 206077)
 4  Special Assistant United States Attorney

 5       333 Market Street, Suite 1500
         San Francisco, California 94105
 6       Telephone:  (415) 977-8980
         Facsimile:  (415) 744-0134
 7
    Attorneys for Defendant
 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| KHA XIONG AS GUARDIAN AD LITEM FOR P.Y., A CHILD,<br><br>       Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>       Defendant. | Case No. CIV S-07-0202 DAD<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel that the previously filed Equal Access to Justice Act (EAJA) application is hereby withdrawn upon the Court's approval of this stipulation.

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of six thousand four hundred dollars ($6,400.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel

1

in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of six thousand four hundred dollars ($6,400.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: December 12, 2008     /s/ *Bess M. Brewer*
Bess M. Brewer
*As authorized via e-mail*
Attorney for Plaintiff

Dated: December 12, 2008     McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Mark A. Win*
MARK A. WIN
Special Assistant U.S. Attorney

Attorneys for Defendant

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
MARK A. WIN (CA BAR NO. 206077)
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8980
    Facsimile:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHA XIONG AS GUARDIAN AD LITEM FOR P.Y., A CHILD, <br>     Plaintiff, <br> v. <br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br>     Defendant. | Case No. CIV S-07-0202 DAD <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of six thousand four hundred dollars ($6,400.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: December 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

xiong0202.stipord.attyfees

3